# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

March 18, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, New York 12207

RE: Bankruptcy Estate of **Matthew T. & Sarah A. Zlotnick**
Bankruptcy No. **08-10535** - Chapter 7

Dear Clerk:

Enclosed please find our Trustee's check number 10114 in the sum of $10.76 representing funds uncashed after the 90 day period in the above captioned bankruptcy estate. This check replaces the following check(s):

Check No.10105 in the amount of $10.76 payable to Key Bank, POB 94968, Cleveland, OH 44101 dated December 10, 2010.

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.